AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| TATYANA V. MALENKOVICH, individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> OREGON HEALTH & SCIENCE UNIVERSITY, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:26-cv-00448-SB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* OREGON HEALTH & SCIENCE UNIVERSITY
c/o ALICE CUPRILL-COMAS, GENERAL COUNSEL AND AUTHORIZED REPRESENTATIVE
3181 SW SAM JACKSON PARK RD L585
PORTLAND, OR 97239

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kim D. Stephens, P.S., OSB #030635
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Tel: 206.682.5600
Fax: 206.682.2992

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 03/09/2026

By: s/R. Schellinger, Deputy Clerk